UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RICHARD ANDRE LOCKETT,

                Plaintiff,

-against-                         19 **CIVIL** 8255 (PMH)

**JUDGMENT**

CITY OF MIDDLETOWN, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 18, 2021, On March 22, 2021, the Court issued a Memorandum Opinion and Order granting Defendants' motion to dismiss without prejudice and providing Plaintiff with an opportunity to "file an Amended Complaint within thirty days from the date of [that] Order to address exclusively the pleading deficiencies identified" by the Court. (Doc. 35 at 14). The Court warned explicitly that "[f]ailure to file an Amended Complaint within thirty days will result in dismissal of the claims for relief against Defendants with prejudice and the termination of this action." (*Id*.). Almost two months have passed since the Court issued the Memorandum Opinion and Order, but no Amended Complaint (or any other communication from Plaintiff) has been received; accordingly, this case is closed.

**Dated:** New York, New York

      May 19, 2021

                                                    **RUBY J. KRAJICK**

                                                    Clerk of Court

                   **BY:**

                                                      **Deputy Clerk**